# **INDEX OF EXHIBITS**

Main Document

**Exhibit A**          Promotional Materials, With Plaintiff's Likeness –
                       To Be Filed Under Seal

**Exhibit B**           3/27/21 Notice Regarding Plaintiff's Rights to a Hearing –
                       To Be Filed Under Seal

**Exhibit C**          Plaintiff's 4/27/2021 Hearing Request –
                       To Be Filed Under Seal