# EXHIBIT A

(Promotional Materials

With Plaintiff's Likeness –

Filed Under Seal)