# EXHIBIT B

# (March 27, 2021 Notice Regarding Plaintiff's Rights to a Hearing – Filed Under Seal)