# EXHIBIT C

(Plaintiff's April 27, 2021

Hearing Request –

Filed Under Seal)