# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DOE, M.D.,

    Plaintiff,

v.                                                  CASE NO.
                                                  HON.

THE BOARD OF REGENTS OF
THE UNIVERSITY OF MICHIGAN,
MARIE LOZON, M.D., and JUSTIN
DIMICK, M.D., Individually,

    Defendants.

_____/

| MIDWEST LEGAL PARTNERS, PLLC | CUMMINGS, McCLOREY, DAVIS |
|---|---|
| By: **SAIF R. KASMIKHA** (P74320) | & ACHO, P.L.C. |
| 42705 Grand River Avenue | By: **RONALD G. ACHO** (P23913) |
| Suite 201 | 17436 College Parkway |
| Novi, MI 48375 | Livonia, MI 48152 |
| (248) 344-4570 | (734) 261-2400 |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| skasmikha@midwestlegalpartners.com | racho@cmda-law.com |

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO FILE
## EXHIBITS TO VERIFIED COMPLAINT UNDER SEAL

**NOW COMES** Plaintiff, DR. JOHN DOE, M.D., by and through his attorneys, MIDWEST LEGAL PARTNERS, PLLC, by SAIF R. KASMIKHA, and CUMMINGS, McCLOREY, DAVIS & ACHO, PLC by RONALD G. ACHO, and pursuant to E.D. Mich. L. Civ. R. 5.3(b), request that this Honorable Court allow Plaintiff to file Exhibits A through C of his Verified Complaint, Under Seal, for the

reasons stated in the attached Brief in Support of this Motion.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an Order granting Plaintiff leave to File Exhibits to Verified Complaint Under Seal and permit the Plaintiff to file, under seal, Exhibits A through C of his Verified Complaint.

Respectfully submitted,

Dated: December 29, 2021

*/s/ Saif R. Kasmikha*
Saif R. Kasmikha (P74320)
Midwest Legal Partners, PLLC
Attorney for Plaintiff
42705 Grand River Avenue, Suite 201,
Novi, MI 48375
Office: (248) 344-4570
E-mail: skasmikha@midwestlegalpartners.com

Ronald G. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
Attorney for Plaintiff
Email: racho@cmda-law.com
P-23913

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DOE, M.D.,

    Plaintiff,

v.                                                      CASE NO.
                                                          HON.

THE BOARD OF REGENTS OF
THE UNIVERSITY OF MICHIGAN,
MARIE LOZON, M.D., and JUSTIN
DIMICK, M.D., Individually,

    Defendants.
_____/

| | |
|---|---|
| MIDWEST LEGAL PARTNERS, PLLC<br>By: **SAIF R. KASMIKHA** (P74320)<br>42705 Grand River Avenue<br>Suite 201<br>Novi, MI 48375<br>(248) 344-4570<br>Attorneys for Plaintiff<br>skasmikha@midwestlegalpartners.com | CUMMINGS, McCLOREY, DAVIS<br>& ACHO, P.L.C.<br>By: **RONALD G. ACHO** (P23913)<br>17436 College Parkway<br>Livonia, MI 48152<br>(734) 261-2400<br>Attorneys for Plaintiff<br>racho@cmda-law.com |

_____/

## PLAINTIFF'S BRIEF IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE EXHIBITS TO VERIFIED COMPLAINT UNDER SEAL

**NOW COMES** Plaintiff, DR. JOHN DOE, M.D., by and through his attorneys, MIDWEST LEGAL PARTNERS, PLLC, by SAIF R. KASMIKHA, and CUMMINGS, McCLOREY, DAVIS & ACHO, PLC by RONALD G. ACHO, and for his Brief in Support of his Motion for Leave to File Exhibits to the Verified Complaint Under Seal, states as follows:

On December 29, 2021, Plaintiff filed his Verified Complaint in this matter. Plaintiff files this case anonymously because of the extremely sensitive nature of the case, as Plaintiff's stellar reputation is a critical component to ensuring the public's trust for him to operate on their children for complex procedures, and Defendants' threat to report his suspension to the National Practitioner Data Bank and the State of Michigan Board of Medicine would cause irreparable damage to his reputation and career. As a result, this suit will require disclosure of information "of the utmost intimacy", and therefore, Plaintiff is entitled to protect his identity in this public filing by not disclosing his name. *Doe v. Porter*, 370 F.3d 558, 569 (6th Cir. 2004), citing *Doe v. Stegall*, 653 F.2d 180, 185-186 (5th Cir., 1981). See also *Doe v. Community Medical Center*, 353 Mont. 378; 221 P.3d 651 (Mont. 2009).

In his Verified Complaint, Plaintiff, relies in part, on Exhibits A through C, that demonstrate Defendants' wrongful actions. Exhibit A includes promotional materials, including posters, signs, brochures and other printed advertisements, promulgated by Defendants which use Plaintiff's likeness in order to promote Michigan Medicine. These materials must be sealed to protect Plaintiff's identity.

Exhibit B is the notice submitted to Plaintiff on March 27, 2021, informing Plaintiff of his procedural rights to a hearing, and that his suspension would be reported to the National Practitioner Data Bank and State of Michigan Board of Medicine because the hearing process will exceed the 30-day timeframe

requirements. Exhibit C is Plaintiff's formal request for a hearing dated April 27, 2021. Exhibits B and C must be sealed to protect Plaintiff's identity.

E.D. Mich. L. Civ. R. 5.3(b) authorizes the Court to seal documents when sealing is not otherwise authorized by statute or rule. *Friske v. Scott*, 2008 WL 4239509 (E.D. Mich., September 11, 2008). Permitting the filing of this exhibit under seal preserves the confidentiality of Plaintiff's identity.

For these reasons, Plaintiff respectfully requests that this Honorable Court allow Plaintiff to file Exhibits A through C of his Verified Complaint, under seal.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an Order granting Plaintiff leave to File Exhibits Under Seal and permit the Plaintiff to file, under seal, Exhibits A through C of his Verified Complaint.

Respectfully submitted,

Dated: December 29, 2021

*/s/ Saif R. Kasmikha*
Saif Kasmikha (P74320)
Midwest Legal Partners, PLLC
Attorney for Plaintiff
42705 Grand River Avenue, Suite 201,
Novi, MI 48375
Office: (248) 344-4570
E-mail: skasmikha@midwestlegalpartners.com

3

>Ronald G. Acho
>Cummings, McClorey, Davis & Acho, P.L.C.
>17436 College Parkway
>Livonia, MI  48152
>(734) 261-2400
>Attorney for Plaintiff
>Email: racho@cmda-law.com
>P-23913

## **LOCAL RULE CERTIFICATION**

LOCAL RULE CERTIFICATION:  I, SAIF R. KASMIKHA, certify that this document complies with Local Rule 5.1(a), including:  double-spaced (except for quoted materials and footnotes; at least one-inch margins on the top, sides, and bottom, consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14-point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3).

>*/s/ Saif R. Kasmikha*
>Saif R. Kasmikha (P74320)