# INDEX OF EXHIBITS

Main Document

| | |
|---|---|
| **Exhibit A** | Plaintiff's Verified Complaint |
| **Exhibit B** | Promotional Materials, With Plaintiff's Likeness – To Be Filed Under Seal |
| **Exhibit C** | 3/27/21 Notice Regarding Plaintiff's Rights to a Hearing – To Be Filed Under Seal |
| **Exhibit D** | 4/20/21 Letter Requesting that Plaintiff Submit a Formal Hearing Request -- To Be Filed Under Seal |
| **Exhibit E** | Plaintiff's 4/27/2021 Hearing Request – To Be Filed Under Seal |
| **Exhibit F** | Email from Surgery Scheduler Outlining Concerns -- To Be Filed Under Seal |
| **Exhibit G** | *Doe v. Community Medical Center* case |
| **Exhibit H** | *Meagher v. Butte-Silver Bow City-County* case |
| **Exhibit I** | *Knapik v. Mary Hitchcock Mem'l Hosp.* case |
| **Exhibit J** | *Parks v. Ala. State Bd. Of Pharmacy (Ex Parte Ala. State Bd. Of Pharmacy)* case |