# EXHIBIT B

## (Promotional Materials With Plaintiff's Likeness – Filed Under Seal)