# EXHIBIT D

## (April 20, 2021 Correspondence – Filed Under Seal)