# EXHIBIT E

## (Plaintiff's April 27, 2021 Hearing Request – Filed Under Seal)