# EXHIBIT F

**(Email from Surgery Scheduler Outlining Concerns – Filed Under Seal)**