UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe, M.D.,

        Plaintiff(s),          Case No. 21-13032

v.          Honorable Nancy G. Edmunds

The Board of Regents of the University of Michigan,          Magistrate Judge Curtis Ivy, Jr.

        Defendant(s).
_____/

### ORDER OF RECUSAL AND REASSIGNMENT

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: January 3, 2022          s/Nancy G. Edmunds
                                               Nancy G. Edmunds
                                               U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Gershwin A. Drain.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: January 3, 2022          s/ S Schoenherr
                                               Deputy Clerk