**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN DOE, M.D.,

    Plaintiff,

v.                                          CASE NO. 21-cv-13032-GAD-CI
                                            Hon. Gershwin A. Drain

THE BOARD OF REGENTS OF
THE UNIVERSITY OF MICHIGAN,
MARIE LOZON, M.D., and JUSTIN
DIMICK, M.D.,  Individually,

    Defendants.
_____/

| | |
|---|---|
| MIDWEST LEGAL PARTNERS, PLLC<br>By: **SAIF R. KASMIKHA** (P74320)<br>42705 Grand River Avenue<br>Suite 201<br>Novi, MI   48375<br>(248) 344-4570<br>Attorneys for Plaintiff<br>skasmikha@midwestlegalpartners.com | HALL, RENDER, KILLIAN, HEATH &<br>LYMAN, PC<br>By: David A. French (P31944)<br>Attorneys for Defendant<br>101 W. Big Beaver Rd., Ste. 745<br>Troy, MI 48084<br>dfrench@hallrender.com |
| CUMMINGS, McCLOREY, DAVIS<br>& ACHO, P.L.C.<br>By: **RONALD G. ACHO**  (P23913)<br>17436 College Parkway<br>Livonia, MI 48152<br>(734) 261-2400<br>Attorneys for Plaintiff<br>racho@cmda-law.com | |

_____/

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE AFFIDAVIT UNDER SEAL**

    **NOW COMES** Plaintiff, DR. JOHN DOE, M.D., by and through his

attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC by RONALD G. ACHO, and MIDWEST LEGAL PARTNERS, PLLC, by SAIF R. KASMIKHA, and pursuant to E.D. Mich. L. Civ. R. 5.3(b), request that this Honorable Court allow Plaintiff to file Affidavit Under Seal, for the reasons stated in the attached Brief in Support of this Motion.

Concurrence in the relief requested in this Motion was sought by email on January 25, 2022, but was not provided, necessitating the filing of this Motion.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an Order granting Plaintiff leave to File Affidavit Under Seal and permit the Plaintiff to file, under seal, an unredacted copy of the Affidavit as set forth above.

Respectfully submitted,

*/s/ Ronald G. Acho*
Ronald G. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
Attorney for Plaintiff
Email: racho@cmda-law.com
P-23913

Dated: January 25, 2022

Saif R. Kasmikha (P74320)
Midwest Legal Partners, PLLC
Attorney for Plaintiff
42705 Grand River Avenue, Suite 201,
Novi, MI 48375
Office: (248) 344-4570
E-mail: skasmikha@midwestlegalpartners.com

Dated: January 25, 2022

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DOE, M.D.,

    Plaintiff,

v.                                          CASE NO. 21-cv-13032-GAD-CI
                                                Hon. Gershwin A. Drain

THE BOARD OF REGENTS OF
THE UNIVERSITY OF MICHIGAN,
MARIE LOZON, M.D., and JUSTIN
DIMICK, M.D., Individually,

    Defendants.
_____/

| MIDWEST LEGAL PARTNERS, PLLC | HALL, RENDER, KILLIAN, HEATH & |
|---|---|
| By: **SAIF R. KASMIKHA** (P74320) | LYMAN, PC |
| 42705 Grand River Avenue | By: David A. French (P31944) |
| Suite 201 | Attorneys for Defendant |
| Novi, MI  48375 | 101 W. Big Beaver Rd., Ste. 745 |
| (248) 344-4570 | Troy, MI 48084 |
| Attorneys for Plaintiff | dfrench@hallrender.com |
| skasmikha@midwestlegalpartners.com | |
| | |
| CUMMINGS, McCLOREY, DAVIS | |
| & ACHO, P.L.C. | |
| By: **RONALD G. ACHO**  (P23913) | |
| 17436 College Parkway | |
| Livonia, MI 48152 | |
| (734) 261-2400 | |
| Attorneys for Plaintiff | |
| racho@cmda-law.com | |

_____/

**PLAINTIFF'S BRIEF IN SUPPORT OF HIS
MOTION FOR LEAVE TO FILE AFFIDAVIT UNDER SEAL**

    **NOW COMES** Plaintiff, DR. JOHN DOE, M.D., by and through his

attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC by RONALD G. ACHO, and MIDWEST LEGAL PARTNERS, PLLC, by SAIF R. KASMIKHA, and for his Brief in Support of his Motion for Leave to File Affidavit Under Seal, states as follows:

On December 29, 2021, Plaintiff filed his Verified Complaint in this matter. Plaintiff filed this case pseudonymously because to protect his identity in this public filing by not disclosing his name. On January 4, 2022, Defendants filed separate Motions to Dismiss. (**Dkt. No. 14**, *Defendant Board of Regents of University of Michigan's Motion to Dismiss,* Page ID 275-487; **Dkt. No. 15**, *Defendant Marie Lozon, M.D., and Defendant Justin Dimick, M.D.'s Motion to Dismiss,* PAGE ID 488-518). Concurrent with the filing of the instant Motion, Plaintiff is filing his Responses to these separate Motions to Dismiss.

Exhibit A to each Response Brief is an Affidavit signed by Dr. Doe, under his real name. A redacted version of the Affidavit has been filed with each Response Brief. The redacted portion of the Affidavit is Plaintiff's name and signature. With this Motion, Plaintiff seeks leave of this Court to file an unredacted version of Exhibit A under seal. E.D. Mich. L. Civ. R. 5.3(b) authorizes the Court to seal documents when sealing is not otherwise authorized by statute or rule. *Friske v. Scott*, 2008 WL 4239509 (E.D. Mich., September 11, 2008). Permitting the filing of this exhibit under seal preserves the confidentiality of Plaintiff's identity.

For these reasons, Plaintiff respectfully requests that this Honorable Court allow Plaintiff to file, under seal, an unredacted version of Exhibit A of his Response to Defendant Board of Regents of University of Michigan's Motion to Dismiss, and Exhibit A of his Response to Defendant Marie Lozon, M.D., and Defendant Justin Dimick, M.D.'s Motion to Dismiss.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an Order granting Plaintiff leave to File Affidavit Under Seal and permit the Plaintiff to file, under seal, an unredacted copy of the Affidavit as set forth above.

Respectfully Submitted,

/s/ *Ronald G. Acho*
Cummings, McClorey, Davis & Acho, P.L.C.
17436 College Parkway
Livonia, MI 48152
(734) 261-2400
Attorneys for Defendant
racho@cmda-law.com

Dated: January 25, 2022     (P 23913)

Saif R. Kasmikha (P74320)
Midwest Legal Partners, PLLC
Attorney for Plaintiff
42705 Grand River Avenue, Suite 201,
Novi, MI 48375

Dated: January 25, 2022     Office: (248) 344-4570
E-mail: skasmikha@midwestlegalpartners.com

## **LOCAL RULE CERTIFICATION**

LOCAL RULE CERTIFICATION:  I, RONALD G. ACHO, certify that this document complies with Local Rule 5.1(a), including:  double-spaced (except for

3

quoted materials and footnotes; at least one-inch margins on the top, sides, and bottom, consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14-point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3).

                                                            Respectfully Submitted,

                                                            /s/ *Ronald G. Acho*
                                                            Cummings, McClorey, Davis & Acho, P.L.C.
                                                            17436 College Parkway
                                                            Livonia, MI 48152
                                                            (734) 261-2400
                                                            Attorneys for Defendant
                                                            racho@cmda-law.com
Dated: January 25, 2022                  (P 23913)


## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification to all parties of record. I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

                                                            /s/ *Ronald G. Acho*
                                                            Cummings, McClorey, Davis & Acho, P.L.C.
                                                            17436 College Parkway
                                                            Livonia, MI 48152
                                                            (734) 261-2400
                                                            Attorneys for Defendant
                                                            racho@cmda-law.com
Dated: January 25, 2022                  (P 23913)