UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe, M.D.,

                Plaintiff(s),

v.                                                Case No. 2:21−cv−13032−GAD−CI
                                                   Hon. Gershwin A. Drain

The Board of Regents of the
University of Michigan, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

    Motion for TRO – #3
    Motion to Intervene – #8
    Motion to Dismiss – #14
    Motion to Dismiss – #15

- MOTION HEARING:  April 20, 2022 at 10:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/T McGovern
                                                      Case Manager

Dated:  March 1, 2022