UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, M.D.,

    Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN, MARIE
LOZON, M.D., and JUSTIN DIMICK,
M.D., Individually,

    Defendants.

Case No. 21-cv-13032
Hon. Gershwin Drain
Hon Mag. Judge Curtis Ivy, Jr

---

| MIDWEST LEGAL PARTNERS, PLLC | HALL, RENDER, KILLIAN, HEATH & LYMAN, PC |
|---|---|
| By: Saif R. Kasmikha (P74320) | David A. French (P31944) |
| 42705 Grand River Avenue, Suite 201 | Jonathon A. Rabin (P57145) |
| Novi, MI 48375 | Larry R. Jensen (P60317) |
| (248) 344-4570 | Attorneys for Defendants |
| Attorneys for Plaintiff | 101 W. Big Beaver Rd., Suite 745 |
| skasmikha@midwestlegalpartners.com | Troy, MI 48084 |
| | dfrench@hallrender.com |
| CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C. | jrabin@hallrender.com |
| Ronald G. Acho (P23913) | ljensen@hallrender.com |
| 17436 College Parkway | |
| Livonia, MI 48152 | |
| (734) 261-2400 | |
| Attorneys for Plaintiff | |
| racho@cmda-law.com | |

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO ADJOURN APRIL 20, 2022 MOTION HEARING [DOC. 44]**

NOW COME Defendants, BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN, JUSTIN DIMICK, MD, and MARIE LOZON, MD, by and through their attorneys, HALL, RENDER, KILLIAN, HEATH & LYMAN, PC, and for their response to Plaintiff's Motion to Adjourn April 20, 2022 Hearing, state as follows:

1. Defendants have no objection to an approximate one-week extension of the hearing.

2. However, defense counsel request that the Court accept a date agreeable to all parties' counsel to avoid any scheduling conflicts and to limit the delay associated with an adjournment.

Respectfully submitted,

HALL RENDER KILLIAN HEATH & LYMAN, PC

/s/ Jonathon A. Rabin
Jonathon A. Rabin (P57145)
Attorneys for Defendants
101 W. Big Beaver Road, Suite 745
Troy, MI 48084
(248) 740-7505
jrabin@hallrender.com

Dated: March 7, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, M.D.,

    Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN, MARIE
LOZON, M.D., and JUSTIN DIMICK,
M.D., Individually,

    Defendants.

Case No. 21-cv-13032
Hon. Gershwin Drain
Hon Mag. Judge Curtis Ivy, Jr

---

| MIDWEST LEGAL PARTNERS, PLLC | HALL, RENDER, KILLIAN, HEATH & LYMAN, PC |
|---|---|
| By: Saif R. Kasmikha (P74320) | David A. French (P31944) |
| 42705 Grand River Avenue, Suite 201 | Jonathon A. Rabin (P57145) |
| Novi, MI 48375 | Larry R. Jensen (P60317) |
| (248) 344-4570 | Attorneys for Defendants |
| Attorneys for Plaintiff | 101 W. Big Beaver Rd., Suite 745 |
| skasmikha@midwestlegalpartners.com | Troy, MI 48084 |
| | dfrench@hallrender.com |
| CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C. | jrabin@hallrender.com |
| Ronald G. Acho (P23913) | ljensen@hallrender.com |
| 17436 College Parkway | |
| Livonia, MI 48152 | |
| (734) 261-2400 | |
| Attorneys for Plaintiff | |
| racho@cmda-law.com | |

---

## BRIEF IN RESPONSE

Defendants rely upon the foregoing response. Defendants do not object to an adjournment of the hearing scheduled for April 20, 2022 by approximately one

1

week. However, defense counsel request that the Court accept a date agreeable to all parties' counsel to avoid any scheduling conflicts and to limit the delay associated with an adjournment.

                                            Respectfully submitted,

                                            HALL RENDER KILLIAN HEATH & LYMAN, PC

                                            /s/ Jonathon A. Rabin
                                            Jonathon A. Rabin (P57145)
                                            Attorneys for Defendants
                                            101 W. Big Beaver Road, Suite 745
                                            Troy, MI 48084
                                            (248) 740-7505
                                            jrabin@hallrender.com

Dated: March 7, 2022

## CERTIFICATE OF SERVICE

I hereby certify that, on March 7, 2022, I electronically filed the foregoing document and this Certificate of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to attorneys of record at their registered e-mail addresses. In addition, a copy will be served via mail to:

Charles Blackwell
22655 Fairmont Dr.
Apt. 102
Farmington Hills, MI 483335

/s/ Jonathon A. Rabin
Jonathon A. Rabin (P57145)
101 W. Big Beaver Road, Suite 745
Troy, MI  48084
(248) 740-7505
jrabin@hallrender.com