UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, M.D.,

Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN, ET AL.,

Defendants.

Case No. 21-cv-13032

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO ADJOURN APRIL 20, 2022 MOTION HEARING [#45]

On December 29, 2021, Plaintiff filed the instant action pursuant to 42 U.S.C. § 1983 and the Due Process Clause of the Fourteenth Amendment, as well as brought several state law claims against Defendants the Board of Regents of the University of Michigan, Marie Lozon, M.D. and Justin Dimick, M.D. On January 3, 2022, non-party Charles Blackwell filed a Motion for Leave to Intervene and to Unseal Judicial Records. On January 4, 2022, the Defendant Board of Regents and Defendants Lozon and Dimick filed Motions to Dismiss. The Court scheduled a hearing on the pending motions for April 20, 2022.

Now before the Court is the Plaintiff's Motion to Adjourn April 20, 2022 Motion Hearing [#45], filed on March 4, 2022. Defendants filed a Response to

Plaintiff's Motion to Adjourn [#47], indicating they have no objection to Plaintiff's requested relief. However, Defendants asked the Court to accept a date agreeable to all parties to avoid any scheduling conflicts. *See* ECF No. 47, PageID.1331–1332.

Thereafter, the undersigned's clerk contacted Plaintiff's counsel's office to ask that Plaintiff's counsel contact defendants' counsel and obtain mutually agreeable dates for the rescheduled hearing. The undersigned's clerk was provided multiple dates in May 2022 that can accommodate both sides' schedules. Additionally, non-party Charles Blackwell filed a Response to Plaintiff's Motion to Adjourn April 20, 2022 Hearing [#48], indicating he also has no objection to the relief Plaintiff seeks. The Court denotes that Mr. Blackwell further advises that he wishes to appear for the hearing via Zoom videoconferencing. The Court will not entertain Mr. Blackwell's request at this juncture because it is not properly made in a response to a motion. Mr. Blackwell must separately move for the specific relief he seeks.

Accordingly, upon review of the parties' submissions, the Court concludes Plaintiff has established good cause for granting his requested relief. Plaintiff's Motion to Adjourn the April 20, 2022 Hearing [#45] is therefore GRANTED.

The April 20, 2022 hearing is adjourned to **<u>May 12, 2022 at 2:00 p.m</u>**. A re-notice of hearing will be issued forthwith.

**SO ORDERED.**

Dated:  March 9, 2022                            /s/Gershwin A. Drain
                                                 GERSHWIN A. DRAIN
                                                 United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 9, 2022, by electronic and/or ordinary mail.

/s/ Teresa McGovern
Deputy Clerk