UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe, M.D.,

            Plaintiff(s),

v.                                         Case No. 2:21–cv–13032–GAD–CI
                                             Hon. Gershwin A. Drain

The Board of Regents of the
University of Michigan, et al.,

            Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion for TRO – #3
        Motion to Intervene – #8
        Motion to Dismiss – #14
        Motion to Dismiss – #15
        Motion to Seal – #16
        Motion – #29
        Motion for Leave to File – #33
        Motion to Seal – #36
        Motion for Leave to File – #38
        Motion – #53
        Motion – #54

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Gershwin A. Drain **without** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: <u>s/T McGovern</u>
                                                   Case Manager

Dated:  May 11, 2022