UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE M.D.,

Plaintiff,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN, ET AL.,

Defendants.
_____/

Case No. 21-cv-13032

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

### JUDGMENT

Pursuant to the Opinion and Order entered on this date; judgment is hereby entered in favor of the Defendants and against the Plaintiff.

**SO ORDERED.**

Dated: June 16, 2022

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 16, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk