UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J<small>OHN</small> D<small>OE</small>, M.D.,

    Plaintiffs,

v.

THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN,
MARIE LOZON, M.D., <small>AND</small> JUSTIN
DIMICK, M.D., I<small>NDIVIDUALLY</small>,

    Defendants.
_____/

Case No. 21-13032

U.S. D<small>ISTRICT</small> C<small>OURT</small> J<small>UDGE</small>
G<small>ERSHWIN</small> A. D<small>RAIN</small>

### ORDER GRANTING DEFENDANTS' UNOPPOSED POST-JUDGMENT MOTION IN AID OF THE APPEAL [ECF NO. 70]

In this employment discrimination case, Plaintiff filed a motion for temporary restraining order (TRO) on December 29, 2021. Defendants filed a Motion to dismiss on January 4, 2022. They filed a motion to seal on January 7, 2022 [ECF No. 16]. The Court denied Plaintiff's motion for TRO on January 14, 2022, and granted Defendants' motion to dismiss on March 9, 2022. But it did not issue an order on Defendants' motion to seal. The Court entered judgment in Defendants' favor on June 16, 2022, and Plaintiff appealed.

On December 19, 2022, Defendants filed their Unopposed Post-Judgment Motion in Aid of the Appeal. Defendants move this Court for an order granting

1

Defendants' Motion to Permit Certain Filings Under Seal [ECF No. 16]. Defendants contacted opposing counsel and explained the basis of the motion. Plaintiff's counsel does not oppose the instant motion.

Defendants say permitting them to file documents under seal is a technicality that would help them file documents to complete the appellate record without forfeiting privacy concerns.

Based on Defendants' submissions, their Motion is **GRANTED**. Defendants may file under seal all documents and portions of documents set forth in the Index at [ECF No. 16, PageID.520].

**IT IS SO ORDERED.**

Dated:  January 12, 2023         /s/ Gershwin A. Drain
                                 GERSHWIN A. DRAIN
                                 UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 12, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager